IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> eBAY INC., <br><br> Defendants. | Case No. 6:20-cv-00802-ADA <br><br> Jury Trial Demanded |

## CASE READINESS STATUS REPORT

Plaintiff Express Mobile, Inc. ("EMI") and Defendant eBay Inc. ("eBay") hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on September 1, 2020. There has been one extension for a total of 30 days.

## RESPONSE TO THE COMPLAINT

eBay filed an Answer to the Complaint on October 23, 2020.

## PENDING MOTIONS

There are no pending motions.

## RELATED CASES

The following cases are related, in that they all involve the Plaintiff and the same and/or similar patents.

- *Express Mobile, Inc. v. Facebook, Inc.,* Case No. 6:20-00803-ADA (W.D. Tex.) filed September 1, 2020, in which Facebook, Inc. has responded to the initial pleading – Answer filed 10/26/20 Dkt. 17.

- *Express Mobile, Inc. v. Google LLC,* Case No. 6:20-00804-ADA (W.D. Tex.) filed September 1, 2020, in which Google LLC filed an opposed motion for extension of time to respond to 11/6/2020 which was granted on 10/19/2020.  Google's Response is now due 11/6/2020.

- *Express Mobile, Inc. v. Atlassian Corp. plc et al* Case No. 6:20-cv-00805-ADA (W.D. Tex.) filed September 1, 2020, in which Atlassian Corp. filed an unopposed motion for extension of time to respond to 12/22/2020 which was granted on 9/23/2020.  Atlassian's Response is now due 12/22/2020.

- *Express Mobile, Inc. v. Dropbox, Inc.,* Cases No. 6:20-00806-ADA (W.D. Tex.) filed September 1, 2020, in which Dropbox, Inc. filed an opposed motion for extension of time to respond to 11/9/2020 which was granted on 10/20/2020.  Dropbox's Answer is now due 11/9/2020.

## IPR, CBM, AND OTHER PGR FILINGS

Third-party, Unified Patents, filed a request for reexamination of U.S. Patent No. 7,594,168, which the PTO granted on October 28, 2020.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted Patent Nos. 6,546,397 ("the '397 patent") and 7,594,168 ("the '168 patent").

## APPOINTMENT OF TECHNICAL ADVISER

At this time, the parties have not decided whether a technical adviser is necessary.  The parties look forward to discussing the issue with the Court at the CMC.

## MEET AND CONFER STATUS

Plaintiff and Defendant conducted a meet & confer conference on November 2, 2020.  The parties have no pre- Markman issues to raise at the CMC.

Dated: November 4, 2020                Respectfully submitted,

/s/ *Robert Kramer (with permission by Robert Christopher Bunt)*

FEINBERG DAY KRAMER ALBERTI LIM
TONKOVICH & BELLOLI LLP
Robert F. Kramer (*pro hac vice*)
rkramer@feinday.com
M. Elizabeth Day (*pro hac vice*)
eday@feinday.com
David Alberti (*pro hac vice*)
dalberti@feinday.com
Sal Lim (*pro hac vice*)
slim@feinday.com
Russell S. Tonkovich (*pro hac vice)*
rtonkovich@feinday.com
Marc Belloli (*pro hac vice*)
mbelloli@feinday.com
577 Airport Blvd., Suite 250
Burlingame, California 94010
Tel: 650-825-4300
Fax: 650-460-8443

Robert Christopher Bunt
State Bar No. 0078716
Charles Ainsworth
State Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson Suite 418
Tyler Texas 75702
903-531-3535
rcbunt@pbatyler.com
charley@pbatyler.com

*Attorneys for Plaintiff*
Express Mobile, Inc.

/s/ *Will Melehani (with permission by Robert Christopher Bunt)*

Jared Bobrow (*pro hac vice*)
jbobrow@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025-1015
Tel: (650) 614-7400

3

Fax: (650) 614-7401

Will Melehani (*pro hac vice*)
wmelehani@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5700
Fax: (415) 773-5759

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Ave
Marshall, Texas, 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

*Attorneys for Defendant*
eBay Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system on November 4, 2020.

>  */s/ Robert Christopher Bunt*
>  ROBERT CHRISTOPHER BUNT