# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> eBAY INC., <br><br> *Defendant.* | Civil Action No. 6:20-cv-00802-ADA <br><br> Jury Trial Demanded |

## DECLARATION OF MARC BELLOLI IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE

1. I am a partner of the law firm Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP ("Feinberg Day"), counsel of record for plaintiffs. I make this declaration based on my own personal knowledge, and based on records maintained by Feinberg Day in the ordinary course of business, to which I have access and upon which I rely in the course of performing my duties to Feinberg Day and its clients, including plaintiff Express Mobile, Inc. ("Express Mobile" or "Plaintiff").

2. Attached hereto as **Exhibit 1** is a true and correct copy of the LinkedIn profile of eBay employee Andre LeBlanc.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the LinkedIn profile of eBay employee Abdullah Rababah.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the LinkedIn profile of eBay employee Saranya Vedagiri.

5. Attached hereto as **Exhibit 4** is a true and correct copy of https://careers.ebayinc.com/find-jobs-by-location/detail/austin

6. Attached hereto as **Exhibit 5** is a true and correct copy of the LinkedIn profiles of

eBay employees Alexis Gallivan, Ari Kharat, Carisa Quintanilla, Emma Clement, Kris Cooksley, Adriana Pierce, Carles Marty, Jorge Davila, Peter Gregg, Carolyn Fronger, Chelsea Hickman, Patrina O'Brien, Meagan Conley Grace, Hannah Sasson, and Olga Yaguez.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the LinkedIn profiles of eBay employees Venkatesh Thiagarajan, Mahendra Nagubandi, Praveen Katakam, Girish Lal Pudieduth, Jason Flenniken, Kalpana Kanapuram, Yumi Carlson, Emil Dides, Karthik Tsaliki, Peilin Yang, Viet Tran, Binu Rajan Babu, Alex Styler, Sri Kiran Panchavati, Xiangzhe Li, Daniel Ricaud, R. Poonam, Srikanth Nadella, Akshay Gadkari, John Gram, Shaurya Chopra, Vivek G., Kunwardeep Singh, Mohamed Sallam, Kunal Kulkarni, Emaly Martinez, Badrinarayanan Ramaswami, Akhash Ramamurthy, Aseal Yousuf, and Arpit Shah.

8. Attached hereto as **Exhibit 7** is a true and correct copy of https://www.oracle.com/corporate/contact/field-offices.html.

9. Attached hereto as **Exhibit 8** is a true and correct copy of https://investors.att.com/resources/contacts.

10. Attached hereto as **Exhibit 9** is a true and correct copy of https://www.opentext.com/about/office-locations/usa/texas-austin.

11. Attached hereto as **Exhibit 10** is a true and correct copy of https://www.research.ibm.com/labs/austin/.

12. Attached hereto as **Exhibit 11** is a true and correct copy of https://careers.google.com/locations/austin/.

13. Attached hereto as **Exhibit 12** is a true and correct copy of https://www.blackberry.com/us/en/company/blackberry-office-locations.

14. Attached hereto as **Exhibit 13** is a true and correct copy of United States Patent No. 6,219,680.

15. Attached hereto as **Exhibit 14** is a true and correct copy of United States Patent No. 6,185,587.

16. Attached hereto as **Exhibit 15** is a true and correct copy of Shopify Inc. and Shopify (USA), Inc.'s Third Supplemental Invalidity Contentions served on opposing counsel in the United States District Court for the District of Delaware, *Shopify Inc. v. Express Mobile, Inc.*, No. 19-439-RGA.

17. Attached hereto as **Exhibit 16** is a true and correct copy of United States Patent No. 6,175,842.

18. Attached hereto as **Exhibit 17** is a true and correct copy of United States Patent No. 5,842,020.

19. Attached hereto as **Exhibit 18** is a true and correct copy of United States Patent No. 5,905,985.

20. Attached hereto as **Exhibit 19** is a true and correct copy of United States Patent No. 6,990,654.

21. Attached hereto as **Exhibit 20** is a true and correct copy of United States Patent No. 6,178,432.

22. Attached hereto as **Exhibit 21** is a true and correct copy of United States Patent No. 6,230,185.

23. Attached hereto as **Exhibit 22** is a true and correct copy of BigCommerce Inc.'s Invalidity Contentions served on opposing counsel in the United States District Court for the Eastern District of Texas, *Express Mobile, Inc. v. BigCommerce, Inc.*, No. 2:17-cv-00160-JRG.

24. Attached hereto as **Exhibit 23** is a true and correct copy of Magento Inc.'s Supplemental Invalidity Contentions served on opposing counsel in the United States District Court for the Northern District of California, *X Commerce Inc., D/B/A Magento, Inc. v. Express*

*Mobile, Inc.*, No. 3:17-cv-02605-RS.

25. Exhibits 7-23 demonstrate that the references in the table below are alleged prior art in other cases involving the patents-in-suit. These references were developed by companies with headquarters and/or offices in this District.

| Reference | Company | Western District of Texas Office |
|---|---|---|
| U.S. Pat. No. 6,219,680 | International Business Machines Corporation | 11501 Burnet Road Austin, TX 78758 |
| U.S. Pat. No. 5,842,020 | Oracle America, Inc. | 2300 Oracle Way Austin, TX 78741 |
| U.S. Pat. No. 6,175,842 | AT&T Inc. | 9505 Arboretum Blvd Austin, TX 78759 |
| U.S. Pat. No. 5,905,985 | International Business Machines Corporation | 11501 Burnet Road Austin, TX 78758 |
| U.S. Pat. No. 6,990,654 | Oracle America, Inc. | 2300 Oracle Way Austin, TX 78741 |
| U.S. Pat. No. 6,178,432 | Cisco Systems, Inc. | 12515-3 Research Park Loop Austin, Texas 78759 |
| U.S. Pat. No. 6,230,185 | Open Text Corporation | 1301 S. Mopac Expressway, Suite 150 Austin, TX 78746 |
| U.S. Pat. No. 8,667,415 U.S. Pat. No. 6,101,509 | Apple Inc. | *In re Apple*, 979 F.3d 1332, 1337-38, 1343 (Fed. Cir. 2020) |

26. Attached hereto as **Exhibit 24** is a true and correct copy of the February 27, 2021, Declaration of Steven H. Rempell.

27. Attached hereto as **Exhibit 25** is a true and correct copy of the February 26, 2021, Declaration of Cheryl Kudelka.

28. Attached hereto as **Exhibit 26** is a true and correct copy of the February 26, 2021, Declaration of Jeff Samuelson.

29. Attached hereto as **Exhibit 27** is a true and correct copy of https://www.microsoft.com/en-us/about/officelocator/all-offices.

30. Attached hereto as **Exhibit 28** is a true and correct copy of the January 22, 2021,

Declaration of John Rizzo.

31.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge and belief.

Dated: March 11, 2021          */s/ Marc Belloli*
                                      Marc Belloli