**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 6:20-cv-00802-ADA |
| EBAY INC., | |
| Defendants. | **JURY TRIAL DEMANDED** |

**SUPPLEMENTAL DECLARATION OF ADAM R. BRAUSA IN SUPPORT
DEFENDANTS' SUR-REPLY CLAIM CONSTRUCTION BRIEF**

I, Adam R. Brausa, declare as follows:

1.      I am an attorney with the law firm of Durie Tangri LLP, counsel to Defendants Atlassian Corp. Plc and Atlassian, Inc. (collectively, "Defendants" or "Atlassian").  The factual assertions made herein are made of my personal knowledge and, if called upon to do so, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit 24** is a true and correct copy of excerpts from the Expert Report of Bhuvan Urgaonkar, filed publicly in *Shopify, Inc. v. Express Mobile, Inc.* in the District of Delaware, Case No. 1:19-cv-00439-RGA, ECF No. 257.

3.      Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from Express Mobile's Brief in Opposition to Shopify's Motion for Summary Judgment at 20, filed publicly in *Shopify, Inc. v. Express Mobile, Inc.*, in the District of Delaware, Case No. 1:19-cv-00439-RGA, ECF No. 273.

4.      Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the Rebuttal Expert Report of Kevin Almeroth, filed publicly in *Shopify, Inc. v. Express Mobile, Inc.*, in the District of Delaware, Case No. 1:19-cv-00439-RGA, ECF No. 220-2

5.      Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from Robert Sebesta, *Concepts of Programming Languages* (10th ed. 2009).

6.      Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from Iain D. Craig, *Virtual Machines* (2006).

7.      Attached hereto as **Exhibit 29** is a true and correct copy of Daniel Zingaro, *Modern Extensible Languages* (Oct. 2007), located at http://www.cas.mcmaster.ca/sqrl/papers/SQRLreport47.pdf, at Abstract.

8.      Attached hereto as **Exhibit 30** is a true and correct copy of excerpts from the prosecution history for U.S. Patent No. 9,063,755, Bates-labeled XMO_00001784-XMO_00003086.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 23, 2021, in San Francisco, California.

_/s/ Adam R. Brausa_
ADAM R. BRAUSA